| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | DAVID ELIZARRARAZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-po-00008-SAB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | |
| DAVID ELIZARRARAZ, | DATE: May 16, 2019 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Gary Leuis, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant David Elizarraraz, that the status conference currently scheduled for March 21, 2019, may be continued to May 16, 2019, at 10:00 a.m.

Defense counsel just recently received Mr. Elizarraraz's file and requires additional time to review discovery and conduct any needed investigation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: March 18, 2019	/s/ Gary Leuis
GARY LEUIS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 18, 2019	/s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
DAVID ELIZARRARAZ

## **O R D E R**

The Court finds that there is good cause for the requested continuance and hereby orders that the status conference currently scheduled for March 21, 2019, is continued to May 16, 2019, at 10:00 a.m. The defendant is ordered to appear at that hearing.

IT IS SO ORDERED.

Dated: __**March 18, 2019**__

UNITED STATES MAGISTRATE JUDGE