McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DAVID ELIZARRARAZ,<br><br>                Defendant. | CASE NO. 1:19-PO-00008-SAB<br><br>ORDER CONTINUING TRIAL DATE |

      The Court finds that one of the Unites States' potential witnesses is unavailable on the scheduled trial date of September 24, 2019. Therefore, the Court finds that there is good cause for a continuance and hereby orders that the trial date is continued to September 30, 2019, at 11:00 a.m.

      The defendant is ordered to appear at that date and time.

IT IS SO ORDERED.

Dated: __**August 26, 2019**__             _____
                                                    UNITED STATES MAGISTRATE JUDGE