UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ELIZARRARAZ,<br><br>Defendant. | Case No. 1:19-po-00008-SAB<br><br>ORDER FOR DISMISSAL WITHOUT PREJUDICE |

**O R D E R**

Pursuant to the United States' Motion to Dismiss under Rule 48(a) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that Case Number 1:19-po-00008-SAB against DAVID ELIZARRARAZ be dismissed without prejudice.

IT IS SO ORDERED.

Dated: **September 6, 2019**

UNITED STATES MAGISTRATE JUDGE

1